## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| North Dakota, | ) | |
| | ) | **ORDER GRANTING MOTION FOR A** |
| Plaintiff, | ) | **STAY IN DISCOVERY IN LIGHT OF** |
| | ) | **LAPSE OF APPROPRIATIONS** |
| v. | ) | |
| | ) | |
| United States of America, | ) | Case No. 1:12-cv-125 ( Lead Case) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Billings County, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:12-cv-102 (Consolidated) |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is a "Motion for a Stay of Discovery In Light of Lapse of Appropriations" filed by the Government on October 1, 2013. The Government requests a stay of all jurisdictional discovery until Congress has restored appropriations to the Department of Justice. It advises that plaintiffs have no objection to the motion.

The court **GRANTS** the Government's motion (Docket No. 50). All jurisdictional discovery in this consolidated action shall be stayed until appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court