**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| North Dakota, | ) | |
| | ) | **ORDER SUSPENDING** |
| Plaintiff, | ) | **BRIEFING DEADLINES** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | Case No. 1:12-CV-125 |
| | ) | (Lead Case) |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Billings County, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:12-CV-102 |
| vs. | ) | (Consolidated Case) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

On May 5, 2014, plaintiffs filed a consolidated motion to compel. On August 6, 2014, the court held a telephonic status conference to discuss the mechanics of resolving that motion. Following the status conference, the court issued an order requiring defendants to submit the documents at issue for *in camera* review. In that order, the court noted that the briefing schedule established for defendant's amended motions to dismiss for lack of subject matter jurisdiction would remain in effect at that time.

On September 26, 2014, defendant filed its amended motions to dismiss. Plaintiffs' responses to the motions are currently due by December 5, 2014. Given the potential impact of the court's forthcoming order on the motion to compel, the court **ORDERS** the existing briefing

1

schedule **SUSPENDED** pending further order of the court.  The court will schedule a telephonic status conference to set new briefing deadlines after the order on the motion to compel is issued.

    **IT IS SO ORDERED.**

    Dated this 20th day of November, 2014.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court