# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| North Dakota, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | Case No 1:12-cv-125 |
| vs. | ) | (Lead Case) |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Billings County, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:12-cv-102 |
| United States of America, | ) | (Consolidated Case) |
| | ) | |
| Defendant. | ) | |

The court convened a status conference in above-captioned consolidated action on December 8, 2014. Pursuant to its discussion with the parties, the court **ORDERS** that plaintiffs shall have until January 27, 2015, to file responses to the Motions to Dismiss filed by defendant on September 26, 2014. Thereafter, defendant shall have until March 20, 2015 to file replies to plaintiffs' responses.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2014.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court