# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Dakota, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> United States of America, ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> Billings County, et. al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> United States of America, ) <br> ) <br> Defendant ) | **ORDER** <br><br> Case No. 1:12-cv-125 (Lease Case) <br><br><br><br><br><br><br> Case No. 1:12-cv-102 (Consolidated) |

Before the court is a "Motion Requesting Stay of Dispositive Motion Deadline" filed by Defendant United States of America on July 24, 2018. The motion has been fully briefed.

Pursuant to its discussion with the parties during a status conference held on July 26, 2018, the court **GRANTS** the motion (Case No. 1:12-cv-125, Doc. No. 217) and stays the dispositive motion deadline pending the ruling on Plaintiff Billings County, et. al.'s "Motion for Leave to File a Fourth Amended and Supplemental Complaint."

**IT IS SO ORDERED.**

Dated this 26th day of July, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court